UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80703-CIV-MARRA/MATTHEWMAN

PATRICK LEACH,

    Plaintiff,

vs.

DISTRICT BOARD OF TRUSTEES
OF PALM BEACH d/b/a PALM
BEACH STATE COLLEGE; and
CYNTHIA A. ARCHBOLD,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal [DE 48].  Having considered the submission, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice.  Fed. R. Civ. P. 41(a)(1).  Each party shall bear his/its own costs and attorneys' fees.  The Court retains jurisdiction to enforce the terms of the settlement agreement, if necessary.  Any pending motions are denied as moot.  This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of April, 2017.

_____
KENNETH A. MARRA
United States District Judge